# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

TALAL SALEM and SALINA RAMLI,

      Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY; THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; METNA CO., a domestic corporation; PARVIZ SOROUSHIAN, in his individual and official capacities; and VENKATESH KODUR, in his individual and official capacities,

      Defendants.
_____/

Case No. 1:19-cv-00220-JTN-ESC
Hon.  Janet T. Neff

**STIPULATED ORDER TO DISMISS COUNT X (TITLE IX CLAIM)**

---

Nakisha N. Chaney (P65066)
Jennifer B. Salvatore (P66640)
SALVATORE PRESCOTT & PORTER
Attorneys for Plaintiffs
105 E. Main Street
Northville, MI 48167
(248) 679-8711

Paul A. McCarthy (P47212)
John M. Lichtenberg (P31770)
Bruce W. Neckers (P18198)
RHOADES MCKEE PC
Attorneys for MSU Defendants
55 Campau Ave., NW, Suite 300
Grand Rapids, MI 49503

Lisa C. Ward (P38933)
LAW OFFICES OF LISA C. WARD, PLLC
Attorney for Parviz Soroushian/Metna Co.
4131 Okemos Road, Suite 12
Okemos, MI  48864
(517) 347-8100

Scott E. Dwyer (P33131)
MIKA MEYERS, PLC
Attorneys for Defendant Venkatesh Kodur
900 Monroe Ave., NW
Grand Rapids, MI 49503
(616) 632-8027

_____/

Pursuant to the Court's November 6, 2019 Order (PageID.297), Plaintiffs submit this stipulation and proposed order and state the following:

The parties stipulate to the dismissal with prejudice of Count X, Sex Discrimination (Education), Title IX, 20 U.S.C. § 1681, of Plaintiffs' First Amended Complaint, and without attorneys' fees or costs to any party.

**IT IS HEREBY ORDERED** that Count X of Plaintiffs' First Amended Complaint is dismissed with prejudice, without attorneys' fees or costs to any party.

**IT IS SO ORDERED.**

Dated: _____  /s/_____
                                           JANET T. NEFF
                                           United States District Judge

Approved as to form:

/s/ *Nakisha N. Chaney*                    /s/        *Lisa C. Ward*
Nakisha N. Chaney (P65066)                 Lisa C. Ward (P38933)
Jennifer B. Salvatore (P66640)             LAW OFFICES OF LISA C. WARD, PLLC
SALVATORE PRESCOTT & PORTER                Attorney for Parviz Soroushian/Metna Co.
Attorneys for Plaintiffs                   4131 Okemos Road, Suite 12
105 E. Main Street                         Okemos, MI 48864
Northville, MI 48167                       (517) 347-8100
(248) 679-8711

/s/    *John M. Lichtenberg*               /s/        *Scott E. Dwyer*
Paul A. McCarthy (P47212)                  Scott E. Dwyer (P33131)
John M. Lichtenberg (P31770)               MIKA MEYERS, PLC
Bruce W. Neckers (P18198)                  Attorneys for Defendant Venkatesh Kodur
RHOADES MCKEE PC                           900 Monroe Ave., NW
Attorneys for MSU Defendants               Grand Rapids, MI 49503
55 Campau Ave., NW, Suite 300              (616) 632-8027
Grand Rapids, MI 49503

Dated: November 13, 2019

2

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 13, 2019, the foregoing was filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                   Angela E. Polmanteer
                   Legal Secretary