UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALAL SALEM and SALINA RAMLI,

       Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY; THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; METNA CO., a domestic corporation; PARVIZ SOROUSHIAN, in his individual and official capacities; and VENKATESH KODUR, in his individual and official capacities,

       Defendants.

Case No. 1:19-cv-00220-JTN-ESC
Hon.  Janet T. Neff

_____/

Nakisha N. Chaney (P65066)
Jennifer B. Salvatore (P66640)
SALVATORE PRESCOTT & PORTER
Attorneys for Plaintiffs
105 E. Main Street
Northville, MI 48167
(248) 679-8711

Paul A. McCarthy (P47212)
John M. Lichtenberg (P31770)
Bruce W. Neckers (P18198)
RHOADES MCKEE PC
Attorneys for MSU Defendants
55 Campau Ave., NW, Suite 300
Grand Rapids, MI 49503

Lisa C. Ward (P38933)
LAW OFFICES OF LISA C. WARD, PLLC
Attorney for Parviz Soroushian/Metna Co.
4131 Okemos Road, Suite 12
Okemos, MI  48864
(517) 347-8100

Scott E. Dwyer (P33131)
MIKA MEYERS, PLC
Attorneys for Defendant Venkatesh Kodur
900 Monroe Ave., NW
Grand Rapids, MI 49503
(616) 632-8027

_____/

**STIPULATED ORDER TO DISMISS MSU DEFENDANTS, KODUR AND OFFICIAL CAPACITY CLAIMS**

    The parties stipulate and agree to dismiss all claims against Michigan State University, the Board of Trustees of Michigan State University, and Venkatesh Kodur (in his individual and official capacities), with prejudice, and without fees or costs to any party.

The parties further stipulate and agree to dismiss the claims brought against Parviz Soroushian in his <u>official</u> capacity only, with prejudice, and without fees or costs to any party.

All claims asserted against Metna Co. and against Parviz Soroushian in his individual capacity remain pending.

**IT IS SO ORDERED.**

Dated: _____         /s/_____
                              JANET T. NEFF
                              United States District Judge

Stipulated and approved as to form:

/s/ _Nakisha N. Chaney_____
Nakisha N. Chaney (P65066)
Jennifer B. Salvatore (P66640)
SALVATORE PRESCOTT & PORTER
Attorneys for Plaintiffs
105 E. Main Street
Northville, MI 48167
(248) 679-8711

/s/ Lisa C. Ward (with consent)
Lisa C. Ward (P38933)
LAW OFFICES OF LISA C. WARD, PLLC
Attorney for Parviz Soroushian/Metna Co.
4131 Okemos Road, Suite 12
Okemos, MI 48864
(517) 347-8100

/s/ John M. Lichtenberg (with consent)
Paul A. McCarthy (P47212)
John M. Lichtenberg (P31770)
Bruce W. Neckers (P18198)
RHOADES MCKEE PC
Attorneys for MSU Defendants
55 Campau Ave., NW, Suite 300
Grand Rapids, MI 49503

/s/ Scott E. Dwyer (with consent)
Scott E. Dwyer (P33131)
MIKA MEYERS, PLC
Attorneys for Defendant Venkatesh Kodur
900 Monroe Ave., NW
Grand Rapids, MI 49503
(616) 632-8027

Dated: May 6, 2020

Order prepared by Nakisha Chaney (P65066)