UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALAL SALEM, et al.,

    Plaintiffs,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-220

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendants' motion to dismiss (ECF No. 92) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiffs' TVPA claims in Counts I – III of the amended complaint are **DISMISSED**.  In all other respects, Defendants' motion is denied.

Dated:  April 13, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE