UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALAL SALEM, et al.,

    Plaintiffs,

Case No. 1:19-cv-220

Hon. Hala Y. Jarbou

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.
_____/

## ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court having been advised of the parties' agreement to settle this matter, by way of telephone, on May 10, 2021,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **May 24, 2021**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs.

**IT IS FURTHER ORDERED** that the May 11, 2021, Rule 16 Conference before Magistrate Judge Sally J. Berens is hereby **CANCELLED**.

Date: May 10, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE