UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALEL SALEM, et al,

    Plaintiffs,

v.

    CASE NO.: 1:19-cv-220

    Hon. Hala Y. Jarbou

METNA CO. et al.,

    Magistrate Sally J. Berens

    Defendants.

---

**Nakisha Chaney (P65066)**
Salvatore Prescott & Porter
Attorney for Plaintiffs
105 East Main Street
Northville, MI 48167
248-679-8711
chaney@sppplaw.com

**Lisa C. Ward (P38933)**
Law Offices of Lisa C. Ward, PLLC
Attorney for Defendants Soroushian and Metna Co.
Law Office of Lisa C. Ward, PLLC
4331 Okemos Rd., Ste. 12
Okemos, MI 48864
(517) 347-8100
lisacwardlaw@gmail.com

---

## DEFENDANT'S OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Defendants, Dr. Soroushian and Metna Co., make the following offer of judgment to Plaintiffs, Talal Salem and Salina Ramli:

1. Defendants will pay a total of $90,000.00 to Plaintiffs, with $45,000.00 for Ms. Ramli and $45,000.00 for Mr. Salem.

2. The total of $90,000.00 includes **all costs and attorney fees** that Plaintiffs have incurred in this case.

3. The payment of $90,000.00 is for a full and complete settlement of all of the claims or causes of action in this case, whether those claims are based on federal or state law.

As set forth in Rule 68, Plaintiffs have 14 days to either accept or reject Defendants' offer of judgment.

Respectfully submitted,

Dated: 05-04-21

*Lisa C. Ward*
Lisa C. Ward (P38933)
Law Offices of Lisa C. Ward, PLLC
Attorney for Defendants Soroushian and Metna Co.
4331 Okemos Rd., Ste. 12
Okemos, MI 48864
(517) 347-8100
lisacwardlaw@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALEL SALEM, et al,

    Plaintiffs,

v.

    CASE NO.: 1:19-cv-220

    Hon. Hala Y. Jarbou

METNA CO. et al.,

    Magistrate Sally J. Berens

    Defendants.

---

| | |
|---|---|
| Nakisha Chaney (P40635) | Lisa C. Ward (P38933) |
| Salvatore Prescott & Porter | Law Offices of Lisa C. Ward, PLLC |
| Attorney for Plaintiffs | Attorney for Defendants Soroushian and Metna Co. |
| 105 East Main Street | Law Office of Lisa C. Ward, PLLC |
| Northville, MI 48167 | 4331 Okemos Rd., Ste. 12 |
| 248-679-8711 | Okemos, MI 48864 |
| chaney@spplaw.com | (517) 347-8100 |
| | lisacwardlaw@gmail.com |

---

**PROOF OF SERVICE**

I, Taylor Wallace, hereby certify that I served a copy of Defendants' Offer Of Judgment on May 4, 2021, via first class mail, return receipt requested, on Nakisha Chaney, Counsel for Plaintiffs.

Dated: 05-04-21

*Taylor Wallace*
*Legal Assistant*