UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
TALAL SALEM and SALINA RAMLI,

    Plaintiffs,

v.

PARVIZ SOROUSHIAN & METNA CO.,

    Defendants.
_____

CASE NO.: 1:19-cv-220

HON. Hala Y. Jarbou

MAG. Sally J. Berens

| | |
|---|---|
| Nakisha N. Chaney (P65066) | Lisa C. Ward (P38933) |
| Jennifer B. Salvatore (P66640) | Law Offices of Lisa C. Ward, PLLC |
| Salvatore, Prescott & Porter | Attorney For Defendants Soroushian |
| 105 East Main Street | and Metna Co. |
| Northville, Michigan  48167 | 4131 Okemos Road, Suite 12 |
| (248) 679-8711 | Okemos, Michigan  48864 |
| chaney@spplawyers.com | (517) 347-8100 |
| salvatore@spplawyers.com | lisacwardlaw@gmail.com |

_____

**JUDGMENT**

At a session of said Court held in the United States District Court, Western District of Michigan, Southern Division on the __17th__ day of __May_____, 2021.

    PRESENT: _____
               HON. HALA Y. JARBOU

IT IS HEREBY ORDERED that judgment is entered in the above captioned case in accordance with the terms in Defendants' Offer of Judgment (ECF 118, PageID.796-97), which are incorporated herein, dismissing it with prejudice and with each side to pay their own costs and attorney fees. This is a final order and closes the case.

                                          /s/ Hala Y. Jarbou_____
                                          HALA Y. JARBOU
                                          UNITED STATES DISTRICT JUDGE